AO 245B (Rev. 09/v1)

Sheet 2 — Imprisonment

DEFENDANT: CHLOE LINN
CASE NUMBER: 4:22-CR-00023-004

Judgment Page: 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 months as to Count One of the Indictment filed on February 15, 2022.

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant be placed at FCI Waseca. If not placed at FCI Waseca, the Court recommends the defendant be placed as close to Iowa as possible. The Court further recommends the defendant be made eligible to participate in the 500-hour Residential Drug Abuse Treatment Program (RDAP) and any other available substance abuse treatment, and she be allowed to participate in the cosmetology training program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant is remanded to the custody of the United States Marshal for surrender to the ICE detainer.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  12-20-22  to  FCI GRE
a  Greenville, IL  , with a certified copy of this judgment.

C. Hilliard, Acting Warden
UNITED STATES MARSHAL

By  S. Osuna, C80
DEPUTY UNITED STATES MARSHAL